## Commonwealth *v.* Filippi, Appellant.

Submitted April 12, 1971. *Richard E. Davis,* Assistant Public Defender, for appellant; *Robert C. Reed,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fordyce, Appellant.

Submitted April 12, 1971. *A. M. Cohen,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.